Ryan T. O'Malley, Esq.
State Bar No. 12461
BUCKLEY MADOLE, P.C.
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 425-7269
ryan.omalley@buckleymadole.com
*Attorney for Defendant Chase Home Finance, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| TIMOTHY DALTON  and TONI DALTON, <br><br> Plaintiffs <br><br> v. <br><br> CHASE HOME FINANCE, LLC <br><br> Defendant | Case No.: 2:15-CV-00614-RCJ-GWF <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER** |

Having considered the parties' Stipulation to Extend Defendant's Time to Answer (Docket #8 ), and good cause appearing, the Court GRANTS said stipulation.  Defendant Chase Home Finance, LLC has until August 21, 2015 to respond to the Complaint in this matter.

IT IS SO ORDERED:

_____

United States District Court Judge

June 23, 2015

Respectfully Submitted By:

__/s/Ryan O'Malley_____
Ryan T. O'Malley, Esq.
BUCKLEY MADOLE, P.C.
1635 Village Center Circle, Suite 130
 Las Vegas, Nevada 89134
*Attorney for Defendant Chase Home Finance*

-1-