David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiffs
Timothy and Toni Dalton

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Timothy and Toni Dalton,<br><br>                    Plaintiff,<br>v.<br><br>Chase Home Finance,<br><br>                    Defendant. | Case No. 2:15-cv-00614-RCJ-GWF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:       August 28, 2015

                           Respectfully submitted,

                   By:    /s/ David H. Krieger, Esq.
                           David H. Krieger, ESQ. (Nevada Bar No.9086)
                           HAINES & KRIEGER, LLC
                           8985 S. Eastern Avenue, Suite 350
                           Henderson, Nevada 89123
                           *Attorney for Plaintiff*

### ORDER
IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.
IT IS FURTHER ORDERED that the Status Conference set for 10:00AM, September 9, 2015 is VACATED.
IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.
IT IS SO ORDERED this 1st day of September, 2015.

_____
ROBERT C. JONES